**MARK B. SIMOWITZ, ESQ., STATE BAR #118583**
**MARK B. SIMOWITZ, A PROFESSIONAL CORPORATION**
2044 First Avenue, Ste. 200
San Diego, CA 92101
(619) 525-9998
(619) 873-4077 fax
Email: mark@simowitz.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MIERLOT, MICHAEL CLANCY AND NORMA CLANCY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRI-CITY HEALTHCARE DISTRICT; THE UNITED STATES OF AMERICA and DOES 1 to 100,<br><br>Defendants. | Case No: '14CV1452 AJB WVG<br><br>COMPLAINT FOR DAMAGES; |

Plaintiffs allege:

### FIRST CAUSE OF ACTION
### (MEDICAL MALPRACTICE)

1) Plaintiffs, Renee Mierlot, Michael Clancy and Norma Clancy are residents of the County of San Diego, State of California.

2) At all times herein mentioned, Defendant Tri-City Healthcare District was, and is, a public entity duly organized and existing under the laws of the State

-1-

of California and doing business in the county of San Diego, State of California.

3) Venue is proper as at all times herein mentioned, Defendant THE UNITED STATES OF AMERICA, provided Federal Funding through its Department of Health and Human Services per 42. U.S.C. 233(g)-(k) to North County Health Services, a community health center who employed a physician that provided medical services to Plaintiff Renee Mierlot in the County of San Diego, State of California at the time the injuries complained of herein occurred.

4) Plaintiffs have complied with the FEDERAL TORTS CLAIMS ACT, 28 U.S.C.A 1346(b), by timely serving claim forms on Defendant THE UNITED STATES OF AMERICA via its agency the DEPARTMENT OF HEALTH AND HUMAN SERVICES on November 18, 2013. Six months time has elapsed since the filing of the claims forms. The United States of America has not formally rejected the claim. Said claim forms demanded $350,000.00 for Renee Mierlot, and $250,000.00 for Michael and $250,000.00 for Norma Clancy.

5) Plaintiffs have complied with the California Torts Claim Act by timely serving a claim form on Defendant Tri-City Healthcare District. Said claims have been rejected by the Healthcare District and a tolling agreement was entered into between the parties pending the decision of the Federal tort claim by the United States of America.

6) Plaintiffs are ignorant of the true names and capacities of other

Complaint for Damages

Defendants sued herein, as DOES 1-100, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiffs will amend this complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe, and thereon allege that each of the fictitiously named Defendants are negligently responsible in some manner for the occurrences herein alleged, and that Plaintiffs' injuries were proximately caused by the negligence of these Defendants.

7) At all times herein mentioned, Defendants and DOES 1-100, and each of them, were physicians, surgeons or other health care providers licensed to practice medicine and perform surgery under the laws of the State of California and were engaged in the practice of medicine in San Diego, California.

8) At all times herein mentioned, Defendants Does 1-100, and each of them, were the agents and employees of other Defendants and, in doing the things hereinafter alleged, were acting in the scope of their agency and employment and with the permission and consent of the employer Defendant.

9) On or about February 8, 2012, Plaintiff Renee Mierlot employed Defendant Tri-City Healthcare District, The United States of America via Rahele Mazarei, DO, an employee of North County Services, a federally funded community health center and DOES 1-100, and each of them, to render professional health care services to her, including but not limited to the delivery of her demised fetus.

-3-

Complaint for Damages

10) From and after the time of the employment, Defendants and DOES 1-100, and each of them, so negligently failed to exercise the proper degree of knowledge and skill in examining, diagnosing, treating, and caring for Plaintiff Renee Mierlot that she was caused to suffer the injuries and damages hereinafter alleged.

11) Plaintiffs allege at the time of the employment of the defendants and DOES 1-100, Renee Mierlot was carrying a demised fetus in her womb. The Plaintiffs made it clear to all the Defendants that they did not want to see the demised fetus after its birth and that the demised fetus needed to be preserved for genetic testing. After Renee Mierlot was admitted to the Tri-City Healthcare's medical facility for medical care the Plaintiffs were abandoned by the defendants and DOES 1-100 and Plaintiff Renee Mierlot spontaneously went into labor and shortly thereafter gave birth to the demised fetus with the assistance of Plaintiffs Norma and Michael Clancy who had to manually maneuver the demised fetus in order to facilitate its birth. None of the defendants and Does 1-100 were present when this occurred. Plaintiff Michael Clancy was shouting for help but no one responded. The demised fetus remained attached to Plaintiff Renee Mierlot's umbilical cord and laid lifeless against Plaintiff Renee Mierlot's body for an extended period of time before any healthcare provider arrived.

12) As a proximate result of the negligence of Defendants, and each of

-4-

Complaint for Damages

them, Plaintiff Renee Mierlot has sustained injury to her health, strength, and activity, all of which injuries have caused, and continue to cause her great mental, physical, and nervous pain and suffering. As a result of such injuries, she has sustained general damages in an amount to be proven at trial.

13) As a further proximate result of the negligence of Defendants, and each of them, Plaintiff Renee Mierlot has incurred and will continue to incur medical, hospital, and related expenses, all to her special damage in an amount according to proof at time of trial.

## SECOND CAUSE OF ACTION

### (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)

14) Plaintiffs incorporate herein each and every allegation set forth in Paragraphs 1 through 13, as though fully set forth herein.

15) At the time of the incident complained of herein, Plaintiff Michael Clancy was the father and Plaintiff Norma Clancy was the paternal grandmother of the fetus carried by Plaintiff Renee Mierlot at all times relevant herein.

16) All Plaintiffs were present the entire time that Plaintiff Renee Mierlot was under the care of Defendants and personally witnessed the events described above which included but are not limited to having to assist in the birth of the demised fetus without any health care personnel in the room.

17) Subsequent to the birth of the demised child Plaintiffs learned that the

-5-

Complaint for Damages

fetus was not preserved by the Defendants and Does 1-100 for genetic testing as they had specifically requested.

18) As a proximate result of the negligence of Defendants, and each of them, Plaintiffs Renee Mierlot, Michael Clancy and Norma Clancy have sustained great mental distress. As a result of such injuries, Plaintiffs have sustained general damages in an amount to be proven at trial.

WHEREFORE, Plaintiffs pray judgment as follows:

## FIRST CAUSE OF ACTION

### (MEDICAL MALPRACTICE FOR RENEE MIERLOT)

1. For general damages according to proof;

2. For medical, hospital, and other related expenses according to proof;

3. For loss of earnings according to proof;

4. For costs of suit herein incurred;

5. For such other and further relief as the court may deem proper.

## SECOND CAUSE OF ACTION

### (Negligent Infliction of Emotional Distress For All Plaintiffs)

1. For general damages according to proof;

2. For medical, hospital, and other related expenses according to proof;

3. For loss of earnings according to proof;

4. For costs of suit herein incurred;

-6-

Complaint for Damages

5.  For such other and further relief as the court may deem proper.

DATED: 6-13-14                              BY:  S/Mark Simowitz___
                                                 MARK B. SIMOWITZ
                                                 Attorney for Plaintiffs

                                                 Email:mark@simowitz.com

Complaint for Damages

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RENEE MIERLOT, MICHAEL CLANCY AND NORMA CLANCY

### DEFENDANTS
TRI-CITY HEALTHCARE DISTRICT, THE UNITED STATES OF AMERICA AND DOES 1 TO 100

(b) County of Residence of First Listed Plaintiff: SAN DIEGO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: SAN DIEGO
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
MARK B. SIMOWITZ, APC; 2044 FIRST AVE SUITE 200 SAN DIEGO, CA 92101 619-525-9998

Attorneys *(If Known)*
'14CV1452 AJB WVG

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 -dlg | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☒ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S.C.A. 1346 (b)

Brief description of cause:
MEDICAL MALPRACTICE

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 850,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 06/13/2014
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____